# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

-vs-

ROBERT W. DAVIS

**CRIMINAL COMPLAINT**

CASE NUMBER: 3:07-MJ-107

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

**Count 1**: From in or about July 4, 2007 to the present, in Luzerne County, in the Middle District of Pennsylvania, and elsewhere, the defendant, *Robert W. Davis,* used a facility and means of interstate and foreign commerce, to knowingly attempt to persuade, entice, and induce any individual who has not attained the age of 18 years, for the purpose of engaging in sexual acts as defined in Title 18, United States Code, Section 2246, and the sexual acts would be a violation of chapter 109A of Title 18, to wit, Title 18, United States Code, Section 2243(a), if the sexual acts occurred in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 2422(b).

**Count 2**: From in or about July 4, 2007 to the present, in Luzerne County, in the Middle District of Pennsylvania, and elsewhere, the defendant, *Robert W. Davis,* knowingly attempted to persuade, entice, and induce an individual to travel in interstate commerce, to engage in sexual activity for which any person can be charged with a criminal offense, and the sexual acts would be a violation of chapter 109A of Title 18, to wit, Title 18, United States Code, Section 2243(a), if the sexual acts occurred in the special maritime and territorial jurisdiction of the United States, in violation of Title 18, United States Code, Section 2422(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**
Continued on the attached sheet and made a part hereof.   _X_ Yes   __ No

_____
Signature of Complainant

Sworn to before me, and subscribed in my presence,

9/11/07                              at        Scranton, Pennsylvania
Date                                            City and State

Thomas M. Blewitt, U.S. Magistrate Judge        _____
Name and Title of Judicial Officer              Signature of Judicial Officer